FILED

07/23/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0204

**Cause No. DA 24-0204**

_____

IN THE SUPREME COURT OF THE STATE OF MONTANA

_____

**MARK JOHNSON and MOLLY JOHNSON, Husband and Wife, individually and on behalf of all others similarly situated,**

Plaintiffs and Appellants,

v.

**STATE FARM MUTUAL AUTOMOBILE INS. CO. and
STATE FARM FIRE AND CASUALTY CO.,**

Defendants and Appellees.

On Appeal from the Montana Eleventh Judicial District Court, Flathead County
Cause No. DV-15-2019-934-NE, Hon. Dan Wilson

_____

**ORDER GRANTING APPELLANTS' UNOPPOSED MOTION FOR
EXTENSION OF TIME TO FILE APPELLANTS' REPLY BRIEF**

Pursuant to Rule 26(1), M. R. App. P., Plaintiffs/Appellants MARK JOHNSON and MOLLY JOHNSON, Husband and Wife, individually and on behalf of all other similarly situated, are granted a thirty-day extension of time through and up to Wednesday, August 28, 2024, within which to file their reply brief.

ELECTRONICALLY SIGNED and DATED as indicated below.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
July 23 2024